## PETER A. BECKER *v.* BRIDGEPORT HARBOR MASTER

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 911 (AC 22021), is denied.

*Peter A. Becker*, pro se, in support of the petition.

Decided May 29, 2002

## STATE OF CONNECTICUT *v.* MICHAEL ANCONA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 69 Conn. App. 29 (AC 20470), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that prosecutorial misconduct in the state of Connecticut's closing and rebuttal arguments deprived the defendant of due process of law?"

The Supreme Court docket number is SC 16779.

*Nancy L. Chupak*, assistant state's attorney, in support of the petition.

*Jacob Wieselman*, in opposition.

Decided May 29, 2002